# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2023

## NO. 03-23-00657-CV

**Bradley James Chamberlain, Appellant**

**v.**

**Christine Olsavsky Chamberlain, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order entered by the trial court. Bradley James Chamberlain has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Bradley James Chamberlain to withdraw his notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.